IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES M. KEITGES, | ) | 8:08CV319 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| DOMINA LAW GROUP, PC LLO, | ) | **AND ORDER** |
| et al, DAVID A. DOMINA, | ) | |
| Individually and In His Official | ) | |
| Capacity as an Officer of the Court, | ) | |
| and JAMES F. CANN, Individually | ) | |
| and In His Official Capacity as an | ) | |
| Officer of the Court, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion to Continue Order of Final Pretrial Conference. (Filing No. 65.) In his Motion, Plaintiff seeks to continue the date for the final pretrial conference in this matter, currently scheduled for June 17, 2009. (*Id.*) Defendants do not object to the continuance of the date for the final pretrial conference. (Filing No. 71 at CM/ECF p. 1.)

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Continue Order of Final Pretrial Conference (filing no. 65) is granted.

2. The final pretrial conference in this matter is cancelled. The final pretrial conference will be rescheduled after the resolution of Defendants' Motion for Summary Judgment, if necessary.

May 19, 2009.	BY THE COURT:

	s/ David L. Piester

	David L. Piester
	United States Magistrate Judge