## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES M. KEITGES,** | ) | **CASE NO. 8:08CV319** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **JUDGMENT** |
| **DOMINA LAW GROUP, PC LLO, et al,** | ) | |
| **DAVID A. DOMINA, Individually and** | ) | |
| **In His Official Capacity as an Officer** | ) | |
| **of the Court, and JAMES F. CANN,** | ) | |
| **Individually and In His Official** | ) | |
| **Capacity as an Officer of the Court,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to the court's Memorandum and Order entered on this date granting summary judgment in favor of Defendants, judgment is entered in favor of Defendants Domina Law Group, PC LLO, David A. Domina, and James F. Cann, and against Plaintiff James M. Keitges, providing that Plaintiff shall take nothing and this case is dismissed with prejudice as to all claims.

DATED this 1st day of June, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge