

# Invoice and Account Statement

## Customer Service 1-800-593-1177

```
000001034 03 FP   0.761        6 Y 0510 0010
```

DOMINA LAW
2425 S 144 ST
OMAHA NE  68144-3267

| | |
|---|---|
| Account Number: | 112998 |
| Invoice Number: | 2416581 |
| Invoice Date: | 10/18/2005 |
| Invoice Period: | 09/16-10/15 |
| Page: | 1 of 22 |

### Last Month

| | |
|---|---|
| Balance From Last Statement | 1,193.20 |
| Payment Received | -1,193.20 |
| Previous Balance Due | .00 |

### This Month

| | |
|---|---|
| Local Charges | 554.86 |
| Long Distance Charges | 304.39 |
| Taxes & Surcharges | 241.84 |
| Current Charges | 1,101.09 |

*554.86 + 93.38 = 648.24*
*304.39 + 148.46 = 452.85*
*1101.09*

### Total

| | |
|---|---|
| Account Balance | 1,101.09 |

### Amount Due
$1,101.09

### Payment Due Date
11/07/2005

### Message Center

Thank you for choosing McLeodUSA as your telecommunications service provider. We value you as our customer and appreciate your business!

Please provide your email address below so that we may stay in touch with you!

McLeodUSA Offers Convenient Payment Methods

How to reach our StarQuality(R) Customer Care Center

Questions about your bill? Here's how to contact us

How to avoid Late Payment Charges on your bill

Message Center Details on page 2

PLAINTIFF'S EXHIBIT
E



## MESSAGE CENTER (Continued)

### McLeodUSA Offers Convenient Payment Methods
The McLeodUSA Direct Payment Program is the easiest way to pay your bill, with a single or a recurring direct payment through your Checking/Savings Account, with your MasterCard(R)/Visa(R)/Discover(R) credit card or even your debit card. Pay your bill on time every month and still receive a detailed monthly statement for your records. There is no charge for this service and it's easy to sign-up. Simply log on to our website at mcleodusa.com, click "Your Account" and "Pay Bill Online" or fill out the information on the back of your remittance coupon. If you need any assistance with this payment option or if you do not have Internet access, please call 800-593-1177 (business customers) or 800-500-3453 (residential customers). We appreciate your business!

### How to reach our StarQuality(R) Customer Care Center
McLeodUSA is committed to answering your questions about our service, explaining all aspects of your monthly bill and providing you with the personal attention you deserve. If you have any questions, please call a StarQuality(R) Certified Representative at the number located at the top of your invoice. Our representatives are available Monday - Friday 7am - 7pm and Saturday 8am - 6pm (CST).

### Questions about your bill? Here's how to contact us
McLeodUSA strives for 100 percent billing accuracy. If you do have a concern about your bill, please report it immediately. It is McLeodUSA standard policy, subject to regulatory requirements, to limit reimbursement for billing errors to 90 days from the date that the error was discovered. If you have any questions, please contact McLeodUSA StarQuality(R) Customer Care at 800-593-1177 if you are a business customer or 800-500-3453 if you are a residential customer.

### How to avoid Late Payment Charges on your bill
To avoid a 1.5% Late Payment Charge, please pay the total Amount Due by the Payment Due Date listed on the front of your invoice.

---

## Local Service

| ITEM DESCRIPTION | RATE | AMOUNT |
|---|---|---|



## Local Service

| ITEM DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- |