IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES M. KEITGES, | ) | CASE NO.  8:08CV319 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PLAINTIFF'S NOTICE OF APPEAL** |
| | ) | |
| DOMINA LAW GROUP, PC LLO, et al, | ) | |
| DAVID A. DOMINA, Individually and | ) | |
| in His Official Capacity as an Officer of | ) | |
| the Court, and JAMES F. CANN, | ) | |
| Individually and in His Official Capacity | ) | |
| as an Officer of the Court, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE IS HEREBY GIVEN** that James M. Keitges, ("Plaintiff") in the above entitled action, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum and Order denying the Plaintiff's Objection to Order and Judgment (Filing No. 80); Motion for Recusal (Filing No. 82); Motion for Relief from Judgment (Filing No. 87); Motion for Reconsideration (Filing No. 90); and, Amended Motion for Relief from Judgment (Filing No. 104) dated September 04, 2009, and appeals from the Memorandum and Order denying Plaintiff's Rule 59(e) Motions (Filing Nos. 111 and 120); Rule 60(b) Motions (Filing Nos. 114 and 117); and, Motion for Recusal (Filing No. 123) dated January 14, 2010.

DATED:  February 11, 2010.

                                                                                                 s/ James M. Keitges
                                                                                                 James M. Keitges
                                                                                                 5930 Bermuda Lane
                                                                                                 Naples, Florida 34119-9509
                                                                                                 Telephone: 239/287-8687

## CERTIFICATE OF SERVICE
****************************

      The undersigned hereby certifies that on February 11, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Walter E. Zink II
Baylor, Even, Curtiss, Grimit & Witt, LLP
Wells Fargo Center
1248 O Street
Suite 600
Lincoln, NE 68508

David A. Domina
2425 South 144th St.
Omaha, NE 68144-3267

Andrea D. Snowden
Baylor, Even, Curtiss, Grimit & Witt, LLP
Wells Fargo Center
1248 O Street
Suite 600
Lincoln, NE 68508

      /s/ James M. Keitges
      James M. Keitges
      5930 Bermuda Lane
      Naples, FL 34119-9509
      Telephone: 239/287-8687