# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-1338

James Matthew Keitges

Appellant

v.

Domina Law Group, PC LLO, et al.

Appellees

___

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:08-cv-00319-LSC)

___

## MANDATE

In accordance with the opinion and judgment of 07/26/2010, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 18, 2010

Clerk, U.S. Court of Appeals, Eighth Circuit